UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN WILKERSON,

                Plaintiff,

    -v-

BLINK HOLDINGS, INC.,

                Defendant.

23-CV-9178 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On August 19, 2024, Defendant Blink Holdings, Inc., filed a Suggestion of Bankruptcy with this Court.  (Dkt. No. 28.)  In accordance with § 362(a) of the Bankruptcy Code, all proceedings in this action are hereby stayed.

Counsel for Defendant is directed to submit a status update letter to this Court within 14 days of the conclusion the bankruptcy proceeding, and every six months thereafter.

SO ORDERED.

Dated:  October 11, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge