UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
QUINTIN WILKERSON, :
:
                 Plaintiff, :      23-CV-9178 (JAV)
:
       -v- :      <u>ORDER</u>
:
BLINK HOLDINGS, INC., :
:
                 Defendant. :
:
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On August 19, 2024, Defendant Blink Holdings, Inc. filed a Suggestion of Bankruptcy. (ECF No. 28). In accordance with 11 U.S.C. § 362(a) of the Bankruptcy Code, the Court stayed proceedings in this action. (ECF No. 30).

      On January 17, 2025, Plaintiff wrote to the Court that, in light of the pending bankruptcy proceeding, Plaintiff intended to seek voluntary dismissal of this action without prejudice. (ECF No. 32).

      Defendant is hereby ORDERED to file a letter with the Court by no later than **February 10, 2025**, stating whether Defendant has any objection to the dismissal of this action without prejudice pursuant to Rule 41(a)(2). If the Court does not receive such a letter by the February 7 deadline, the Court will deem the request to dismiss the action without prejudice unopposed, and may grant the requested relief.

By no later than **February 10, 2025**, Plaintiff shall file on ECF and submit to the Court by email, in accordance with Paragraph 5.G of this Court's Individual Rules and Practices in Civil Cases, a proposed Order of Voluntary Dismissal pursuant to Rule 41(a)(2).

SO ORDERED.

Dated: February 3, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge