UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Case No.:   1:23-cv-09178-JAV
QUINTIN WILKERSON,

                Plaintiff,

                                                                  **ORDER**

  -against-

BLINK HOLDINGS, INC.,

                Defendant.
-----------------------------------------------------------------------X

AND NOW, this day __February 11, 2025__ by the request of Plaintiff Quintin Wilkerson through his attorneys, the Court hereby dismisses, pursuant to F.R.C.P. 41(a)(2) and without prejudice, all causes of action as to Defendant Blink Holdings, Inc.

                                                  So Ordered:

                                                  _____
                                                  Hon. Jeannette A. Vargas
                                                  United States District Judge